# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

DON COOK, individually and as parent    PLAINTIFFS
and next friend of D; and ELIZABETH JACOBY,
individually and as parent and next friend of D

v.    No. 4:17CV00218 JLH

LITTLE ROCK SCHOOL DISTRICT    DEFENDANT

## JUDGMENT

Pursuant to the Opinion and Order entered separately today, judgment is entered in favor of the Little Rock School District on the claims of Don Cook, individually and as parent and next friend of D, and Elizabeth Jacoby, individually and as parent and next friend of D. The complaint of Don Cook, individually and as parent and next friend of D, and Elizabeth Jacoby, individually and as parent and next friend of D, is hereby dismissed with prejudice.

IT IS SO ORDERED this 3rd day of October, 2018.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE